No. 289. WENGLINSKY *v.* ZURBRICK, DISTRICT DIRECTOR OF IMMIGRATION, ET AL.

Petition for certiorari submitted October 6, 1930. Decided October 13, 1930. *Per Curiam:* The petition for a writ of certiorari is granted. The judgment of the Circuit Court of Appeals is reversed and the cause is remanded to the United States District Court for the Eastern District of Michigan with directions to sustain the writ of habeas corpus. *Mr. Leonard S. Coyne* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely, Frank M. Parrish, W. Marvin Smith,* and *Albert E. Reitzel* for respondents.